**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON SMITH, | Case No. CV 12-5631 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TIME WARNER CABLE, <u>et</u> <u>al.</u>, | |
| Defendants. | |

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 23rd day of January, 2014.

/s/<br>
Fernando M. Olguin<br>
United States District Judge